Printed: 05/19/10 04:55 PM

# Claims Distribution Small Checks

Page: 1

Case: 07-62877-SDG - DECILLIS, JOHN K

Trustee: DOUGLAS J. WOLINSKY (650017)

(*) Denotes objection to Amount Filed

| Account No. | Check No. | Issued | Claim No. | Filed | Payee: Claimant | Priority | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200018312166 | 10110 | 05/19/10 | 4 | 07/06/07 | United States Bankruptcy Court<br>CENTRAL SERVICE BUREAU<br>JAY SCHECKTER, MD<br>PO BOX 549<br>MASSENA, NY 13662 | 610 | 10.00 | 10.00 | 1.66 | 1.66 |
| | | | 5 | 07/06/07 | JOSEPH MD SONIA<br>CENTRAL SERVICE BUREAU<br>PO BOX 549<br>MASSENA, NY 13662 | 610 | 20.00 | 20.00 | 3.32 | 3.32 |

Check Amount: $4.98

**FILED**
MAY 24 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Rec'd $4.98
5/24/10
MC

Receipt # 61000310